PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1617 Clay Street
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
C. FAHEEM R. HARDEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C. FAHEEM R. HARDEMAN, | ) | NO. C04-3360 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| AMTRAK/CALTRAIN RAILROAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, by and through their respective counsel, hereby stipulate and request that the Case Management Conference presently scheduled for November 4, 2005 be continued for a brief period of time to December 2005, subject to the Court's calendar. Good cause exists for this Stipulation in that the parties are currently engaged in settlement discussions which, if successful, would obviate the need for another Case Management Conference. Additionally, it appears that lead counsel for both parties are unavailable on the set date due to commitments in

other matters, including a deposition in Green Bay, Wisconsin, and a mediation to be set by the Ninth Circuit. The parties hereby request the setting of a date in December 2005.

Dated: October 25, 2005              PRICE AND ASSOCIATES

                                              /s/
                              PAMELA Y. PRICE, Attorneys for Plaintiff C. FAHEEM R. HARDEMAN

Dated: October 25, 2005              PHILLIPS, ERLEWINE & GIVEN, LLP

                                              /s/
                              R. SCOTT ERLEWINE, Attorneys for Defendant AMTRAK/CALTRAIN RAILROAD

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Case Management Conference presently set for November 4, 2005 shall be continued to December 9, 2005. The parties shall file a joint updated Case Management Conference Statement no later than December 2, 2005. If this matter is resolved prior to these dates, the Court will entertain a request to vacate these dates.

Dated: 10/31/05



HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT

1139P208

-2-
STIP. AND ORDER RE: CASE MANAGEMENT CONFERENCE (C04-3360 SI)