PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
C. FAHEEM R. HARDEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEM R. HARDEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AMTRAK/CALTRAIN RAILROAD,<br><br>    Defendant. | NO. C04-3360 SI<br><br>**STIPULATION AND ORDER TO ENLARGE DEADLINE FOR NON-EXPERT DISCOVERY AND THE TIME TO BRING A MOTION TO COMPEL** |

      Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant NATIONAL PASSENGER RAILROAD CORPORATION, d/b/a AMTRAK, by and through their respective counsel, apply for an Order, pursuant to Civil Local Rules 6-2 and 7-11, enlarging the time for non-expert discovery from April 21, 2006 to May 12, 2006, and the time in which to bring a motion to compel until seven (7) court days after non-expert discovery cut-off, pursuant to Civil Local Rule 26-2.

      Good cause exists to enlarge the time for discovery to allow Defendant AMTRAK additional time to respond to Mr. Hardeman's discovery requests and for

Mr. Hardeman to review and evaluate Defendant's responses and for counsel to continue their efforts to informally resolve their discovery disputes.

Therefore, the parties respectfully request the non-expert discovery cutoff date be enlarged for three weeks, only up to and including May 12, 2006. Until the depositions are completed, the parties are unable to make a meaningful determination of necessary motions to compel. Therefore, the parties respectfully request that the deadline for a motion to compel be enlarged until and including May 23, 2006.

| DATED: February 14, 2006 | PRICE AND ASSOCIATES |
|---|---|
| | /s/ |
| | PAMELA Y. PRICE, Attorneys for Plaintiff C. FAHEEM R. HARDEMAN |
| DATED: February 17, 2006 | PHILLIPS, ERLEWINE & GIVEN LLP |
| | /s/ |
| | R. SCOTT ERLEWINE, Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK |

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the time for non-expert discovery shall be enlarged from April 21, 2006 to May 12, 2006, and the time in which to bring a motion to compel shall be enlarged until May 23, 2006.

Date: _____

_/s/ Susan Illston_
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE