PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA  94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
C. FAHEEM R. HARDEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEM R. HARDEMAN, | NO. C04-3360 SI |
| Plaintiff, | **STIPULATION AND ORDER TO SHORTEN THE TIME TO FILE PRETRIAL PLEADINGS AND TO ADVANCE THE FINAL PRETRIAL CONFERENCE** |
| v. | |
| AMTRAK/CALTRAIN RAILROAD, | |
| Defendant. | |

Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant NATIONAL PASSENGER RAILROAD CORPORATION, d/b/a AMTRAK, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, shortening the time in which to file:

(1) a joint pretrial conference statement and joint set of jury instructions by seven (7) calendar days, from September 5, 2006 to August 29, 2006;

(2) any preliminary statements and/or preliminary jury instructions from September 12, 2006 to September 5, 2006;

(3) proposed jury voir dire and a proposed Form of Verdict from September 15, 2006 to September 8, 2006;

(4) any motions in limine from September 5, 2006 to August 29, 2006; and

(5) any opposition to motions in limine from September 12, 2006 to September 5, 2006.

The parties, by and through their counsel, also apply for an Order moving the Final Pretrial Conference from **September 19, 2006** to **September 12, 2006**.

Good cause exists to advance the date of the Final Pretrial Conference and all associated dates by one week because Plaintiff's counsel will be out of the country from September 15, 2006 to September 26, 2006.  Therefore, the parties respectfully request that the pretrial conference be held on September 12, 2006, and that all associated dates be moved up by seven (7) calender days.

DATED: March 17, 2006                    PRICE AND ASSOCIATES

                                          _____/s/_____
                                          PAMELA Y. PRICE, Attorneys for
                                          Plaintiff C. FAHEEM R. HARDEMAN

DATED: March 21, 2006                    PHILLIPS, ERLEWINE & GIVEN LLP

                                          _____/s/_____
                                          R. SCOTT ERLEWINE,
                                          Attorneys for Defendant NATIONAL RAILROAD
                                          PASSENGER CORPORATION d/b/a AMTRAK

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Final Pretrial Conference shall be advanced from September 19,

2006 to September 12, 2006, that all associated pretrial dates be advanced by seven (7) calendar days, and the time in which to file the Joint Pretrial Conference Statement shall be shortened to August 29, 2006.

Date: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE