IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEN R. HARDEMAN, | No. C 04-03360 SI |
| Plaintiff, | **ORDER RE: DISCOVERY** |
| v. | |
| AMTRAK/CALTRAIN RAILROAD, | |
| Defendant. | |

By letter briefs, the parties bring before the Court a discovery dispute in this matter. Plaintiff requests the Court's intervention with scheduling five depositions that he noticed on February 28, 2006. Defendant, in its response, points out that it has been unable to schedule a date to depose plaintiff.

It appears from the parties' correspondence that both parties have been working to find mutually agreeable dates on which to hold the depositions, and that a number of depositions now have been tentatively scheduled for mid-April and early May. Accordingly, the parties are ORDERED to meet and confer further to resolve this conflict.

**IT IS SO ORDERED.**

Dated: April 13, 2006

SUSAN ILLSTON
United States District Judge