R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C. FAHEEM R. HARDEMAN,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAK/CALTRAIN RAILROAD,<br><br>Defendants. | CASE NO. C 04-3360 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT WITNESS DISCLOSURE, EXPERT AND NON-EXPERT WITNESS DISCOVERY CUTOFF DATES**<br><br>Trial: October 2, 2006 |

I. EXPERT WITNESS DISCLOSURE AND EXPERT WITNESS DISCOVERY CUTOFF

Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK ("Amtrak") and plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman"), by and through their respective counsel, hereby jointly apply for an order, pursuant to civil Local Rules 6-2, extending the expert witness designation and expert discovery cutoff dates as follows:

1. To designate expert witnesses by twenty-one days from May 1 to May 22, 2006;

2. To designate rebuttal experts by twenty-one days from May 19 to June 15, 2006;

3. To extend the expert witness discovery cutoff by twenty-one days from June 9 to June 30, 2006.

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIP EXT. TIME FOR EXPERT DISCLOSURES - Case No. C 04-3360 SI
S:\Clients\AMTRAK\8204.8 (Hardeman)\pld\TRIAL\rse-stip-OST-re-Hardeman-depo-042806

Good cause exists to grant these extensions because defendant has not yet been able to depose plaintiff. This matter is set for trial on October 2, 2006. Plaintiff's deposition was noticed for April 10, 2006, but plaintiff was unavailable at that time due to a family emergency – the illness of his mother. Plaintiff's counsel has informed defendant's counsel that plaintiff will be unavailable to have his deposition taken before May 1, 2006 due to this family emergency. Defendant will not know whether it needs to designate any experts until it takes plaintiff's deposition, and then, if necessary, will need sufficient time to retain an expert(s) and prepare expert witness disclosure(s).

Good cause also exists, because in advance of designating his experts Plaintiff must do the following:

1. Complete all of his noticed depositions;

2. Receive Defendant's Supplemental Answers to Plaintiff's Interrogatories, Set One, as ordered by this Court on April 17, 2006, which remains outstanding to date; and

3. Receive documents responsive to Plaintiff's Second Request for Production Nos. 31, 33, 34 and 35, which remains outstanding to date.

II. NON-EXPERT WITNESS DISCOVERY CUTOFF

Defendant Amtrak and Mr. Hardeman, by and through their respective counsel, also apply for an Order, pursuant to Civil Local Rules 6-2, enlarging the time for non-expert discovery from May 12, 2006 to June 9, 2006, and the time in which to bring a motion to compel until seven (7) court days after non-expert discovery cut-off, pursuant to Civil Local Rule 26-2.

Good Cause exists to enlarge the time for discovery because:

1. Mr. Hardeman has yet to receive Defendant's Supplemental Answers to Plaintiff's Interrogatories, Set One, as ordered by this Court on April 17, 2006, which remains outstanding to date;

2. The issue of Defendant Amtrak's production of drug test results as requested in Plaintiff's First Request for Production is pending before this Court; and

3. Documents responsive to Plaintiff's Second Request for Production Nos. 31, 33,

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIP EXT. TIME FOR EXPERT DISCLOSURES - Case No. C 04-3360 SI
S:\Clients\AMTRAK\8204.8 (Hardeman)\pld\TRIAL\rse-stip-OST-re-Hardeman-depo-042806

2

1  34 and 35 remain outstanding to date.

2  4. Defendant Amtrak may need to take followup discovery once Mr. Hardeman's
3  delayed deposition is taken.

4  Additional time is needed for Mr. Hardeman to obtain all of Defendant's responses, and
5  for counsel to continue their efforts to informally resolve their discovery disputes.

6  Therefore, the parties respectfully request the non-expert discovery cutoff date be
7  enlarged by thirty (30), only up to and including June 9, 2006. Until all discovery responses are
8  produced, the parties are unable to make a meaningful determination of necessary motions to
9  compel. Therefore, the parties respectfully request that the deadline for a motion to compel be
10 enlarged until and including June 20, 2006.

12 DATED: April 28, 2006                          PRICE & ASSOCIATES

                                                  By: _____
                                                  OK HEE KIM
                                                  Attorneys for Plaintiff C. FAHEEM R.
                                                  HARDEMAN

17 DATED: April 28, 2006                          PHILLIPS, ERLEWINE & GIVEN LLP

                                                  By: _____
                                                  R. SCOTT ERLEWINE
                                                  Attorneys for Defendant NATIONAL
                                                  RAILROAD PASSENGER CORPORATION
                                                  d/b/a AMTRAK

### ORDER

25 Pursuant to the foregoing stipulation and good cause appearing therefor, IT IS
26 ORDERED that the following extensions are GRANTED.

27  1  Designation of experts be extended from May 1 to May 22, 2206;
28  2  Designation of rebuttal experts be extended from May 19 to June 15, 2006;

STIP EXT. TIME FOR EXPERT DISCLOSURES - Case No. C 04-3360 SI
S:\Clients\AMTRAK\8204.6 (Hardeman)\pld\TRIAL\mo-stip-OST-re-Hardeman-depo-041906

3

1   3   Expert witness discovery cutoff be extended from June 9 to June 30, 2006;
            12
2   4   Non-expert discovery cutoff be extended from May 12 to June 9, 2006; and

3   5.  Deadline to file motion to compel extended to and including June 20, 2006.

4

5   DATED: _____, 2006            _____
                                               HON. SUSAN ILLSTON
6                                              U.S. DISTRICT JUDGE

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIP EXT. TIME FOR EXPERT DISCLOSURES - Case No. C 04-3360 SI
S:\Clients\AMTRAK\8204.8 (Hardeman)\pld\TRIAL\rse-stip-OST-re-Hardeman-depo-042806

4