PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA  94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
C. FAHEEM R. HARDEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEM R. HARDEMAN, | ) NO. C04-3360 SI |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **ENLARGE THE TIME TO DESIGNATE** |
| v. | ) **EXPERT WITNESSES AND DISCLOSE** |
| | ) **EXPERT REPORTS** |
| AMTRAK/CALTRAIN RAILROAD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant NATIONAL PASSENGER RAILROAD CORPORATION,  d/b/a AMTRAK, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, enlarging the time to designate expert witnesses and disclose expert reports pursuant to Federal Rules of Civil Procedure, Rule 26.

Good cause exists to enlarge the date to designate expert witnesses, because the parties are still awaiting discovery responses and supplemental discovery responses.  The parties therefore request an extension of time in order to obtain these discovery responses and

supplemental discovery responses prior to designating expert witnesses.

Therefore, the parties respectfully request that the designation of expert witnesses and disclosure of expert reports pursuant to Federal Rules of Civil Procedure, Rule 26 be enlarged from May 22, 2006 to June 1, 2006, and designation be accomplished by facsimile or hand-delivery.

DATED: May 19, 2006    PRICE AND ASSOCIATES


            /s/
            OK-HEE SHIM, Attorneys for
            Plaintiff C. FAHEEM R. HARDEMAN

DATED: May 19, 2006    PHILLIPS, ERLEWINE & GIVEN LLP


            /s/
            R.SCOTT ERLEWINE,
            Attorneys for Defendant NATIONAL RAILROAD
            PASSENGER CORPORATION d/b/a AMTRAK

## **ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the designation of expert witnesses and disclosure of expert reports pursuant to Federal Rules of Civil Procedure, Rule 26, shall be enlarged from May 22, 2006 to June 1, 2006.  Designation shall be accomplished by facsimile or hand-delivery.

Date: _____  _____
            HON. SUSAN ILLSTON
            UNITED STATES DISTRICT JUDGE