PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
C. FAHEEM R. HARDEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEM R. HARDEMAN,<br><br>        Plaintiff,<br><br>v.<br><br>AMTRAK/CALTRAIN RAILROAD,<br><br>        Defendant. | NO. C04-3360 SI<br><br>**STIPULATION AND ORDER TO ENLARGE NON-EXPERT WITNESS DISCOVERY CUT-OFF** |

Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant NATIONAL PASSENGER RAILROAD CORPORATION, d/b/a AMTRAK, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, enlarging non-expert witness discovery cut-off for the purpose of taking two (2) depositions..

Good cause exists to enlarge non-expert witness discovery cut-off because the parties are meeting and conferring on the scheduling of two remaining depositions. Mr. Hardeman requests an extension of time to accommodate the schedule of the third-party deponent Bruce Shelton. Mr. Hardeman initially noticed Mr. Shelton's deposition on February 28, 2006 for March 24, 2006. Subsequently, defense counsel represented that Mr. Shelton was unavailable on the dates that Mr.

1  Hardeman proposed. Defendant Amtrak requests an extension to complete the deposition of Mr.
2  Hardeman, begun on May 11, 2006, which was unable to be completed by June 12, 2006, due to
3  Plaintiff's counsel's unavailability. The parties represent that this enlargement of time will not
4  interfere with any other deadline in this case.

5        Therefore, the parties respectfully request that non-expert witness discovery cut-off be
6  enlarged from June 12, 2006 to June 23, 2006, for purposes of taking the above two (2) depositions.

DATED: June 12, 2006          PRICE AND ASSOCIATES

/s/
OK-HEE SHIM, Attorneys for
Plaintiff C. FAHEEM R. HARDEMAN

DATED: June 12, 2006          PHILLIPS, ERLEWINE & GIVEN LLP

R. SCOTT ERLEWINE,
Attorneys for Defendant NATIONAL RAILROAD
PASSENGER CORPORATION d/b/a AMTRAK

### ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that non-expert witness discovery cut-off shall be enlarged from June 12, 2006 to June 23, 2006, for the purpose of taking the depositions of Bruce Shelton and Plaintiff C. Faheem R. Hardeman.

Date: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1139P230