1 PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
2 PRICE AND ASSOCIATES
A Professional Law Corporation
3 The Latham Square Building
1611 Telegraph Avenue, Suite 1450
4 Oakland, CA 94612
Telephone: (510) 452-0292
5 Facsimile: (510) 452-5625

6 Attorneys for Plaintiff
7 C. FAHEEM R. HARDEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEM R. HARDEMAN, ) | NO. C04-3360 SI |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO ENLARGE THE TIME TO BRING A MOTION TO COMPEL** |
| v. ) | |
| ) | |
| AMTRAK/CALTRAIN RAILROAD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant NATIONAL PASSENGER RAILROAD CORPORATION, d/b/a AMTRAK, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, enlarging the time to bring a motion to compel.

      Good cause exists to enlarge the date to bring a motion to compel, because the parties are still awaiting supplemental discovery responses. The parties are continuing to meet and confer regarding disputed items. The parties therefore request an extension of time in order to obtain these supplemental discovery responses prior to bringing a motion to compel.

      Therefore, the parties respectfully request that the time to bring a motion to compel be enlarged from June 20, 2006 to June 27, 2006.

1139P241

-1-
STIPULATION AND ORDER (C04-3360 SI)

| | | |
|---|---|---|
| 1 | DATED: June 19, 2006 | PRICE AND ASSOCIATES |
| 2 | | |
| 3 | | /s/ |
| 4 | | OK-HEE SHIM, Attorneys for<br>Plaintiff C. FAHEEM R. HARDEMAN |
| 5 | | |
| 6 | DATED: June 19, 2006 | PHILLIPS, ERLEWINE & GIVEN LLP |
| 7 | | /s/ |
| 8 | | R. SCOTT ERLEWINE,<br>Attorneys for Defendant NATIONAL RAILROAD |
| 9 | | PASSENGER CORPORATION d/b/a AMTRAK |

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the time to bring a motion to compel, shall be enlarged from June 20, 2006 to June 27, 2006.

Date: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE