1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 452-0292
5  Facsimile: (510) 452-5625

6  Attorneys for Plaintiff
7  C. FAHEEM R. HARDEMAN

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12

13 C. FAHEEM R. HARDEMAN,         )   NO. C04-3360 SI
                                  )
14         Plaintiff,             )   **STIPULATION AND ORDER TO**
   v.                             )   **ENLARGE NON-EXPERT WITNESS**
15                                )   **DISCOVERY CUT OFF**
   AMTRAK/CALTRAIN RAILROAD,      )
16                                )
           Defendant.             )
17 _____)

18       Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant
19 NATIONAL PASSENGER RAILROAD CORPORATION, d/b/a AMTRAK, by and through their
20 respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, enlarging the time
21 to bring a motion to compel.
22       Good cause exists to enlarge non-expert witness discovery cut-off, because of third-
23 party witness Bruce Shelton's limited availability. Plaintiff contends that per stipulation, Mr.
24 Shelton's deposition was noticed by Plaintiff through an Amended Notice of Deposition served on
25 June 16, 2006 and set to occur on June 23, 2006 at 10:00 a.m., but the witness was not produced.
26 The parties are continuing to meet and confer regarding the date of deposition. The parties therefore
27 request an extension of time to permit Plaintiff to depose Bruce Shelton.
28

1139P246
                                            -1-
                           STIPULATION AND ORDER (C04-3360 SI)

1  Therefore, the parties respectfully request that the time for non-expert witness
2  discovery be enlarged from June 23, 2006 to June 30, 2006 to accommodate Mr. Shelton's schedule
3  and to permit Plaintiff to take the deposition of Bruce Shelton.

DATED: June 23, 2006          PRICE AND ASSOCIATES

/s/
OK-HEE SHIM, Attorneys for
Plaintiff C. FAHEEM R. HARDEMAN

DATED: June 23, 2006          PHILLIPS, ERLEWINE & GIVEN LLP

/s/
R. SCOTT ERLEWINE,
Attorneys for Defendant NATIONAL RAILROAD
PASSENGER CORPORATION d/b/a AMTRAK

## ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that non-expert witness discovery cut-off for the sole purpose of permitting Plaintiff to take the deposition of Bruce Shelton shall be enlarged from June 23, 2006 to June 30, 2006.

Date: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE