| | |
|---|---|
| 1 | R. SCOTT ERLEWINE (State Bar No. 095106) |
| | DAVID M. GIVEN (State Bar No. 142375) |
| 2 | PHILLIPS, ERLEWINE & GIVEN LLP |
| | One Embarcadero Center, Suite 2350 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 398-0900 |
| 4 | Facsimile: (415) 398-0911 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEM R. HARDEMAN, | NO. C04-3360 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| AMTRAK/CALTRAIN RAILROAD, | |
| Defendant. | Date: July 28, 2006 |
| | Time: 9:00 a.m. |
| | Courtroom 10, 19th Floor |

Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant NATIONAL PASSENGER RAILROAD CORPORATION, d/b/a AMTRAK, by and through their respective counsel, hereby stipulate as follows:

**RECITALS:**

WHEREAS, on January 31, 2006, the parties to this action, through counsel, entered into a Stipulation for a Protective Order. The Order provides that either party may designate documents, testimony, or other information "Confidential Information," and that such information shall be submitted to the Court for filing under seal.

WHEREAS, on February 3, 2006, this Court adopted the parties' stipulation as its Order.

1     WHEREAS, on June 23, 2006, defendant Amtrak filed a Motion for Summary Judgment or Partial Summary Judgment to be heard on July 28, 2006 at 9:00 a.m. The Motion references and incorporates information, testimony, and documents designated "Confidential" pursuant to the terms of the Protective Order, and which must therefore be filed under seal.

### STIPULATION

    The parties, by and through their respective counsel, hereby stipulate and agree that the following documents may be filed under seal:

1) Declaration of Elias Munoz in Support of Motion for Summary Judgment or Partial Summary Judgment (with exhibits);

2) Declaration of Mark Collins in Support of Motion for Summary Judgment or Partial Summary Judgment;

3) Declaration of Elizabeth Tilley in Support of Motion for Summary Judgment or Partial Summary Judgment (with exhibits); and

4) Unredacted Notice of Motion and Motion for Summary or Partial Summary Judgment, Memorandum of Points and Authorities.

DATED: June 29, 2006      PRICE AND ASSOCIATES

_____
OK-HEE SHIM, Attorneys for
Plaintiff C. FAHEEM R. HARDEMAN

DATED: June 29, 2006      PHILLIPS, ERLEWINE & GIVEN LLP

_____
R. SCOTT ERLEWINE,
Attorneys for Defendant NATIONAL RAILROAD
PASSENGER CORPORATION d/b/a AMTRAK

-2-
STIPULATION AND ORDER (C04-3360 SI)

1
## ORDER

2  Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS**

3  **HEREBY ORDERED.**

4

5  Date: _____

                 HON. SUSAN ILLSTON
6                   UNITED STATES DISTRICT JUDGE