1   PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
    OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
2   PRICE AND ASSOCIATES
    A Professional Law Corporation
3   The Latham Square Building
    1611 Telegraph Avenue, Suite 1450
4   Oakland, CA  94612
5   Telephone: (510) 452-0292
    Facsimile: (510) 452-5625
6
7   Attorneys for Plaintiff
    C. FAHEEM R. HARDEMAN
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11

| 12 | C. FAHEEM R. HARDEMAN, | ) | NO. C04-3360 SI |
|---|---|---|---|
| 13 | Plaintiff, | ) ) | **STIPULATION AND ORDER TO** |
| 14 | v. | ) ) | **ENLARGE EXPERT WITNESS** **DISCOVERY CUT-OFF** |
| 15 | | ) | |
| 16 | AMTRAK/CALTRAIN RAILROAD, | ) ) | |
| 17 | Defendant. | ) ) ) | |

18

19      Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant NATIONAL

20   PASSENGER RAILROAD CORPORATION, d/b/a AMTRAK, by and through their

21   respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, enlarging

22   expert witness discovery cut-off.

23

24      The parties have been diligent in conducting expert witness depositions in

25   advance of June 30, 2006.  Plaintiff has disclosed two expert witnesses and one rebuttal expert

26   witness, who have all been deposed by Defendant.  Defendant has disclosed one expert witness,

27

28
1139P248

1    Don Dunning, who will be deposed by Plaintiff on June 30, 2006, and one rebuttal expert

2    witness, Mark Cohen.

3              Good cause exists to enlarge the date to expert witness discovery cut-off, because

4    of Defendant's rebuttal expert witness Mark Cohen's limited availability. The parties request an

5    extension of time to permit Plaintiff to depose Mr. Cohen. The parties are continuing to meet

6

7    and confer regarding the date of deposition.

8              Therefore, the parties respectfully request that expert witness discovery cut-off be

9    enlarged from June 30, 2006 to July 28, 2006, solely to permit Plaintiff to depose Mr. Cohen

10   and subject to the outcome from the hearing of Defendant's Motion for Summary Judgment or

11   Partial Summary Judgment.

12

13   DATED: June 30, 2006                    PRICE AND ASSOCIATES

14

15                                           OK-HEE SHIM, Attorneys for
                                             Plaintiff C. FAHEEM R. HARDEMAN
16

17   DATED: June 30, 2006                    PHILLIPS, ERLEWINE & GIVEN LLP

18

19

20                                           DAVID M. GIVEN
                                             Attorneys for Defendant NATIONAL RAILROAD
21                                           PASSENGER CORPORATION d/b/a AMTRAK.

22

23

24                          **ORDER**

25              Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS**

26   **HEREBY ORDERED** that expert witness discovery cut-off shall be enlarged from June 30,

27                                           -2-
1139P248
28                                    STIPULATION AND ORDER (C04-3360 SI)

1    2006 to July 28, 2006, solely to permit Plaintiff to depose Mr. Cohen and subject to the outcome

2    from the hearing of Defendant's Motion for Summary Judgment or Partial Summary Judgment.

3

4    Date: _____        _____

5                                  HON. SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
1139P248
28
                                    -3-
                        STIPULATION AND ORDER (C04-3360 SI)