R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C. FAHEEM R. HARDEMAN, <br><br> Plaintiff, <br><br> v. <br><br> AMTRAK/CALTRAIN RAILROAD, <br><br> Defendants. | CASE NO. C 04-3360 SI <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION AND ADVANCEMENT OF TIME OF PRETRIAL DEADLINES** |

Plaintiff C. FAHEEM R. HARDEMAN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, for an extension and advancement of time of specified dates under the court's standing order on pretrial instructions as follows:

The pretrial conference in this action is set on September 12, 2006. The pre-trial statement is due on August 28, 2006. The parties hereby stipulate as follows:

1. that the due dates for filing and serving objections and/or stipulations to exhibits, witnesses, use of discovery responses and other evidence be extended from August 28, 2006 to September 1, 2006;

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND PROPOSED ORDER RE PRETRIAL DEADLINES - C 04-3360 SI
S:\Clients\AMTRAK\8204.8 (Hardeman)\pld\TRIAL\rse-stip and order re pretrial due dates-082306.wpd

     2.     that the due date to provide copies of exhibits to the other party as provided in Section 5a of the court's standing order be August 29, 2006;

     3.     that the due date to serve and file voir dire and verdict forms be advanced from September 8, 2006 to September 5, 2006; and

     4.     that the due date to serve and file objections to voir dire and verdict forms be extended to September 8, 2006.

The requested extensions and advancement of time are necessary to allow the parties sufficient time to meet and confer in an effort to resolve objections and stipulations.

DATED: August 24, 2006

PRICE AND ASSOCIATES

OK-HEE SHIM
Attorneys for Plaintiff C. FAHEEM R. HARDEMAN

DATED: August 24, 2006

PHILLIPS, ERLEWINE & GIVEN LLP

R. SCOTT ERLEWINE,
Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS HEREBY ORDERED**.

Date: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND PROPOSED ORDER RE PRETRIAL DEADLINES - C 04-3360 SI
C:\Documents and Settings\pvelandres\Local Settings\Temporary Internet Files\Content.IE5\C9Y7S1M7\rse-stip_and_order_re_pretrial_due_dates-082306[2].wpd

2