PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
C. FAHEEM R. HARDEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEM R. HARDEMAN,          ) | NO. C04-3360 SI |
| Plaintiff,          ) | **DECLARATION OF OK-HEE SHIM IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE DEFENSE EXPERTS** |
| v.          ) | |
| AMTRAK/CALTRAIN RAILROAD,          ) | DATE: SEPTEMBER 12, 2006<br>TIME: 3:30 P.M.<br>DEPT: 10, 19th Floor |
| Defendant.          ) | |
| _____          ) | HON. SUSAN ILLSTON |

I, OK-HEE SHIM, declare that:

. I am an attorney duly licensed to practice law in the State of California, and counsel for Plaintiff C. FAHEEM R. HARDEMAN. I make this Declaration on personal knowledge in support of Plaintiff's Motion In Limine No. 2 to Exclude Defense Experts.

1. True and correct copies of pages 44, 45 and 56 of Dr. Richard Palfin's deposition transcript are attached hereto. This transcript reflects the questions asked and answers given by the witness.

2. True and correct copies of pages 74, 75, 79, 81 and 85 of Don Dunning's

1 deposition transcript are attached hereto.   This transcript reflects the questions asked and answers given by the witness.

3.   True and correct copies of pages 1 and 2 of Melvin C. Fredlund's Expert Witness Report are attached hereto.

4.   True and correct copies of pages 1 and 2 of Don Dunning's Expert Witness Report are attached hereto.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  If called as a witness, I could and would testify competently to the matters stated herein.

Executed this 28th day of August, 2006, at Oakland, California.

/s/

_____
OK-HEE SHIM, Declarant