1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 452-0292
5  Facsimile: (510) 452-5625

6  Attorneys for Plaintiff
7  C. FAHEEM R. HARDEMAN

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

13 C. FAHEEM R. HARDEMAN,           )   NO. C04-3360 SI
                                    )
14         Plaintiff,                )   **STIPULATION AND [PROPOSED]
   v.                               )   ORDER EXTENDING TIME TO
15                                  )   EXCHANGE EXHIBITS**
   AMTRAK/CALTRAIN RAILROAD,        )
16                                  )
           Defendant.                )
17 _____ )

18     Plaintiff C. FAHEEM R. HARDEMAN ("Mr. Hardeman") and Defendant
19 NATIONAL PASSENGER RAILROAD CORPORATION, d/b/a AMTRAK, by and through their
20 respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, enlarging the time
21 to exchange exhibits pursuant to the Court's Standing Order, Section 5(a) from August 29, 2006 to
22 August 30, 2006.
23     The requested extension is necessary to allow parties sufficient time to meet and
24 confer in an effort to resolve objections and stipulations.
25 ///
26 ///
27 ///
28

1139P256

-1-
STIPULATION AND [PROPOSED] ORDER (C04-3360 SI)

///

DATED: August 29, 2006    PRICE AND ASSOCIATES

_/s/_
OK-HEE SHIM, Attorneys for
Plaintiff C. FAHEEM R. HARDEMAN

DATED: August 29, 2006    PHILLIPS, ERLEWINE & GIVEN LLP

_/s/_
R. SCOTT ERLEWINE,
Attorneys for Defendant NATIONAL RAILROAD
PASSENGER CORPORATION d/b/a AMTRAK

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS HEREBY ORDERED**.

Date: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE