# PACIFIC ECONOMIC CONSULTANTS, INC.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

June 15, 2006

R. Scott Erlewine
Phillips, Erlewine & Given LLP
One Embarcadero Center, 23rd Floor
San Francisco, California 94111

**Re: Hardeman v. National Railroad Passenger Corp.**

Dear Mr. Erlewine:

As Chief Economist of Pacific Economic Consultants, Inc. I have been retained to evaluate the economic losses to Mr. C. Faheem R. Hardeman in the above-captioned case. I also have been retained to evaluate economic loss opinions provided by Richard Palfin, the retained economist for the plaintiff.

In order to complete the assignment, I have reviewed the following documents:

1. Stipulation for a Protective Order; Order;
2. Income Tax Returns, 2002-2004;
3. W-2 Statement for Mrs. Hardeman, 2005;
4. Statements reflecting real estate commissions for 2005;
5. Expert witness report of Richard A. Palfin
6. Expert witness report of Don Dunning
7. Collective Bargaining Agreement (AMTRAK 0001-00432);
8. Mr. Hardeman's earnings history (AMTRAK 00571-00662);
9. Amtrak Benefits Handbook and Supplement (AMTRAK 04113-04272);
10. Summary of Benefits – Los Angeles (AMTRAK 04340-04342);
11. Railroad Retirement ands Survivors Benefits Handbook (AMTRAK 04273-04339);
12. Engineer wage rates at Amtrak (AMTRAK 02691-02693);
13. Excel spreadsheet containing daily payroll information for Mr. Hardeman, 1/1/2000 – 5/30/2003;
14. National Railroad Passenger Corporation Detail Earnings Report, 2000 – 2003.

# EXHIBIT A

SOUTHERN CALIFORNIA OFFICE
5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064

R. Scott Erlewine
Page 2
June 15, 2006

## Summary of Analysis:

I have also performed additional research. I have spoken with Mr. Warren Reisig, Senior Director of Compensation and Benefits for Amtrak, regarding Mr. Hardeman's fringe benefits had he remained employed as a Train Engineer at Amtrak. I have consulted railroad worker worklife tables published in the Journal of Forensic Economics to calculate Mr. Hardeman's expected worklife had he remained employed with Amtrak. Finally, I have consulted data published in the Economic Report of the President regarding interest rates and American worker's wages from 1975 to 2005.

Mr. Hardeman became employed with Amtrak on June 24, 1992, and was terminated on May 30, 2003. At the date of termination, Mr. Hardeman's base wage rate was $27.24 per hour. Excluding a non-recurring vacation payout of $3,999.56 on May 30, 2003, Mr. Hardeman's annualized rate of earnings in 2003 was $65,966 per year. The annualized earnings rate of $65,966 was used as the basis for calculating Mr. Hardeman's lost earnings for 2003, and was increased by .5874% to $66,353 effective July 1, 2003 to reflect the base hourly wage increase for Train Engineers that occurred on that date.

Mr. Hardeman's economic losses at Amtrak in 2003 are offset by his earnings from real estate sales. I have reduced the economic losses in 2003 by $12,680, the actual amount of business income reported on Mr. Hardeman's 2003 Income Tax Return. Mr. Hardeman's actual income in 2003 was consistent with the expected income for May through December of 2003 as indicated in the expert report of Mr. Don Dunning.

The expert report of Mr. Dunning sets forth expected real estate net income of $141,918 in 2004 and $131,958 in 2005. Mr. Dunning also provides an opinion of earnings in 2006 and thereafter. Given that expected real estate income beginning in 2004 is in excess of earning capacity at Amtrak, there is no economic loss to Mr. Hardeman in 2004 and thereafter.

As a result, I have two alternative conclusions. My first calculation of Mr. Hardeman's economic losses ends December 31, 2003, the day before expected real estate income reached and surpassed the prior earning capacity at Amtrak. From an alternative point of view, real estate earnings in 2004 and beyond are sufficiently great so as to offset any earning loss Mr. Hardeman sustained in 2003.

Based on the foregoing, I have prepared two preliminary economic loss reports, which are attached. Please note that if additional information becomes available, I may augment or change my opinions.

## Expert Report of Richard A. Palfin:

I have reviewed the Termination Economic Loss Evaluation report of Richard Palfin dated May 31, 2006.

R. Scott Erlewine
Page 3
June 15, 2006

Readers should note that Dr. Palfin bases Mr. Hardeman's economic loss calculation on the assumption that earnings from full-time work at Amtrak would have continued each year until age 65. In making this assumption of full-time work to age 65, Dr. Palfin does not appear to have taken into account the likelihood of normal events that impact upon labor force participation. Workers are subject to layoffs, termination, voluntary career changes, disability and even death. The impact of such events on labor force participation has been studied in the worklife tables.

My review of the worklife tables for railroad workers indicates that Mr. Hardeman's work life expectancy as a railroad worker at the date of termination was 14.15 years. This measure does not reflect Mr. Hardeman's expected job tenure with Amtrak. He had a history of disciplinary actions with Amtrak. According to the Bureau of Labor Statistics, workers in locomotive operating occupations have a median tenure with employer of 19.7 years. Subtracting Mr. Hardeman's 10.9 years of service at termination from the median occupational tenure of 19.7 years, I find that additional employment tenure would be 8.8 additional years of employment with Amtrak beyond the date of termination. Dr. Palfin's calculation of 17.19 years of lost earnings is more than 3 years greater than the worklife expectancy based on the railroad worker worklife tables, and more than eight years greater than the employment tenure expectation based on data from the Bureau of Labor Statistics.

Additionally, upon leaving employment at Amtrak, Mr. Hardeman received a vacation payout in the amount of $3,999.56. Although Dr. Palfin's report refers to this amount as "Non-recurring," the vacation payout appears to be included in the annualized earnings rate used by Dr. Palfin to calculate Mr. Hardeman's economic losses in 2003 and in subsequent years. The inclusion of "Non-recurring" vacation in Mr. Hardeman's earning capacity results in an overstatement of economic losses. My analysis for this case excludes the "Non-recurring" vacation payout in the determination of Mr. Hardeman's annual earning capacity at Amtrak.

Dr. Palfin's analysis of fringe benefits fails to exclude employer Tier II retirement contributions in excess of the maximum earnings base of $64,500 for 2003. Adding together Mr. Hardeman's actual earnings at Amtrak of $30,385.99 to the calculated lost earnings of $43,670.01, Mr. Hardeman's earnings at Amtrak would have totaled $74,056 in 2003, or $9,556 above the maximum earnings base for Tier II. By applying the Tier II contribution rate of 14.2% to the total lost earnings of $43,670.01, Dr. Palfin overstates the value of employer Tier II contributions.

Dr. Palfin's analysis further overstates the loss of fringe benefits by including losses to Mr. Hardeman in the categories of retiree medical coverage, sick pay, and unemployment pay. According to Mr. Reisig, retiree medical coverage is only available from ages 60 to 65, and to workers with at least 30 years of railroad service. At the date of termination, Mr. Hardeman was 47 years old with less than 11 years of railroad service. Therefore, Mr. Hardeman could not have reached 30 years of service prior to age 65 and would not have become eligible for retiree medical benefits. Sick pay and unemployment benefits are payable as replacements for wages received for work, not in addition to wages. Dr. Palfin's report already provides for lost earnings based on the total amount of pay Mr. Hardeman received while employed. Therefore, sick pay

R. Scott Erlewine
Page 4
June 15, 2006

and unemployment benefits are duplicative of lost earnings, and their inclusion results in an overstatement of economic losses.

Dr. Palfin calculates losses to Mr. Hardeman for health insurance, dental insurance, and vision insurance. Dr. Palfin's report is not clear as to the exact sources for the amounts included as losses to Mr. Hardeman in these areas. According to Mr. Reisig, Mr. Hardeman did not choose COBRA coverage following his termination from Amtrak. Therefore, the costs associated with continuing these benefit programs through Amtrak would not be applicable in determining Mr. Hardeman's actual out-of-pocket medical, dental and vision expenses since leaving Amtrak. It would be helpful to compare Mr. Hardeman's actual out-of-pocket medical, dental and vision expenses since leaving Amtrak to the amounts listed in Dr. Palfin's report in order to determine whether Dr. Palfin has accurately calculated any loss of health, dental, and vision coverage that may have been incurred. I understand from Mrs. Hardeman's W-2 statement that she works for the City and County of San Francisco. City and County of San Francisco employees have employer paid dependent coverage available. As such, I have assumed that Mr. Hardeman has not suffered any out of pocket losses for health, dental and vision coverage.

Dr. Palfin calculates present values for future losses using a net discount rate of 1.98%. Dr. Palfin's report indicates that the net discount rate is based on the past thirty years, during which time the interest rate has been approximately 1.98% higher than the wage growth rate. It is unclear what specific interest rates and wage growth rates Dr. Palfin has examined to arrive at his net discount rate opinion. However, I have analyzed interest returns and wage growth from 1975-2005 using a conservative investment vehicle of 3-year U.S. Treasury notes, and compared these interest returns to wage growth based on changes in the average weekly earnings of U.S. workers in the private economy per the U.S. Bureau of Labor Statistics. On average from 1975-2005, interest returns on 3-year treasury notes have exceeded wage growth by 3.2%, well above the relationship of 1.98% indicated by Dr. Palfin. If Dr. Palfin were to rely upon a net discount rate of 3.2% instead of 1.98% for his calculations, the economic losses to Mr. Hardeman would be reduced.

Dr. Palfin's analysis assumes that Mr. Hardeman's earnings in real estate will be limited to $43,699 in 2005 and in each year thereafter. The report provides no explanation for this assumption. According to the Mitigating Income table in Dr. Palfin's report, real estate income grew from $22,068 in 2004 to $43,699 in 2005. As discussed above, Mr. Dunning's report set forth expected real estate income of $141,918 in 2004 and $131,958 in 2005. The assumption that annual real estate income in 2006 and thereafter would be limited to $43,699 is inconsistent with the 2004-2005 growth reflected in the Mitigating Income table, and is inconsistent with Mr. Dunning's expert opinions. To the extent that Dr. Palfin's analysis underestimates Mr. Hardeman's realistic income expectations in the field of real estate, the economic loss analysis is overstated.

Alternative to real estate sales, Dr. Palfin could have investigated Mr. Hardeman's earning potential with another railroad/transportation employer. Such alternative investigation is appropriate if Dr. Palfin believes that Mr. Hardeman will not be successful in earning income in real estate at a level equal to that at Amtrak.

R. Scott Erlewine
Page 5
June 15, 2006

**Closing:**

Included with my report are my CV, rate sheet, and a list of testimonies in the past four years. Please note that the attached report is preliminary.  As additional information becomes available, I may augment or change my opinions.

If you have any questions, please do not hesitate to call me.

Sincerely,

Mark Cohen
Chief Economist

Enclosures

# PACIFIC ECONOMIC CONSULTANTS, INC.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

**ECONOMIC LOSS REPORT**

<u>Hardeman v. National Railroad Passenger Corp.</u>

Major Assumption:

Losses Calculated to 12/31/2003

June 15, 2006

SOUTHERN CALIFORNIA OFFICE
5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064

## Table 1

### Summary of Economic Loss

| | | |
|---|---|---|
| Lost Earning Capacity, Table 3: | $ | 46,808 |
| Mitigation Earning Capacity, Table 4: | $ | (12,680) |
| **Total Economic Loss:** | **$** | **34,128** |

## Table 2

### Actuarial Data

| | | |
|---|---|---|
| Date of Birth: | 8/9/1955 | |
| Date of Loss: | 5/30/2003 | |
| Date of Valuation: | 6/15/2006 | |
| Age at Date of Loss: | 47.81 | years |
| Time Elapsed Between Date of Loss and Valuation: | 3.04 | years |
| Age at Date of Valuation: | 50.85 | years |

## Table 3

### Lost Earning Capacity

| Dates (1) | | | Period | Annual Earnings (2) | | Period Loss | |
|---|---|---|---|---|---|---|---|
| 5/31/2003 | - | 6/30/2003 | 0.08 | $ | 65,966 | $ | 5,277 |
| 7/1/2003 | - | 12/31/2003 | 0.50 | $ | 66,353 | $ | 33,177 |
| Subtotal, Lost Earnings: | | | | | | $ | 38,454 |
| Plus, Employer Funded Benefits (3): | | | | | | $ | 8,354 |
| **Lost Earning Capacity:** | | | | | | **$** | **46,808** |

---

1 - Loss ends 12/31/03, the day before Mitigation Earning Capacity meets and exceeds Lost Earning Capacity.  See also Table 4, "Mitigation Earning Capacity."

2 - Based on year to date earnings at termination in 2003, excluding vacation payout, of $26,386.  Annual Earnings was adjusted effective July 1, 2003 based on the change that occurred in the hourly wage rate for Mr. Hardeman's position.  Source: Amtrak wage rate data, bates stamp AMTRAK 02691.

3 - Includes employer Tier II contributions up to the maximum earnings base of $64,500, and Tier I contributions at 7.65% of pay.

## Table 4

**Mitigation Earning Capacity**

| Dates (1) | | | Period | Annual Mitigation Earning Capacity (2) | Period Mitigation Earning Capacity (2) |
|---|---|---|---|---|---|
| 5/31/2003 | - | 12/31/2003 | 0.59 | N/A | $     12,680 |
| 1/1/2004 | - | 12/31/2004 | 1.00 | $    141,918 | N/A |
| 1/1/2005 | - | 12/31/2005 | 1.00 | $    131,958 | N/A |
| 1/1/2006 | - | 5/26/2006 | 0.40 | $55,790 for Period | N/A |

**Mitigation Earning Capacity:**          $  ·  **12,680**

---

1 - Calculation ends 12/31/03, the day before Mitigation Earning Capacity meets and exceeds Lost Earning Capacity.  See also Table 3, "Lost Earning Capacity."

2 - Mitigation Earning Capacity in 2003 based on actual business income as reported on the 2003 U.S. Individual Income Tax Return for Clifford and Roxie Hardeman.  Earnings rates in 2004 - 2006 per the Report of Expert Witness, Don Dunning, dated May 30, 2006.

# PACIFIC ECONOMIC CONSULTANTS, INC.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

## ECONOMIC LOSS REPORT

### Hardeman v. National Railroad Passenger Corp.

Major Assumption:

No Economic Loss

Earnings in Real Estate Exceed Those at Amtrak

June 15, 2006

SOUTHERN CALIFORNIA OFFICE
5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064

P A C I F I C   E C O N O M I C   C O N S U L T A N T S ,   I N C.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

## MARK COHEN

## CURRICULUM VITAE

## FINANCIAL, STATISTICAL & REHABILITATION ECONOMIST

PACIFIC ECONOMIC CONSULTANTS, INC., Lafayette, California, 1995 to Present.
   Principal, Chief Economist.  Valuation of businesses and economic losses in business, personal injury, wrongful death, labor and marital litigation.  Preparation of statistical analyses, vocational, labor and job market consultation and studies.  Development and placement of structured settlement alternatives.

BAY AREA PSYCHOTHERAPY TRAINING INSTITUTE, Lafayette, California, 1994 to 2001.
   Member, Board of Directors.  Consultation in the business development and management of this non-profit training institute.

THE UDINSKY GROUP, Berkeley, California, 1984 to 1995.
   Vice President.  Valuation of businesses and economic losses in business, personal injury, wrongful death, labor and marital litigation.  Preparation of statistical analyses, labor and job market consultation and studies.  Development and placement of structured settlement alternatives.

## TEACHING EXPERIENCE

DOMINICAN UNIVERSITY, San Rafael, California, 1992 to 1998.
   Adjunct Professor of Graduate Level International Finance, Monetary Systems and Investments, M.B.A. Program; Undergraduate Level International Finance and Investments, Business School Program.

EUROPEAN BUSINESS SCHOOL, Brussels, Belgium, 1991.
   Adjunct Professor of Undergraduate Level Money and Banking, Statistics, and Management.

SOUTHERN CALIFORNIA OFFICE
5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064

## EDUCATION

UNIVERSITY OF CALIFORNIA AT BERKELEY.  Bachelors of Science, Business Administration, 1982.  Emphasis in Finance.

BOSTON UNIVERSITY.  Masters of Science, Management, 1991.  Emphasis in International Finance.  Graduated first in class.

ST. MARY'S COLLEGE.  Masters of Arts, Counseling, 1998.  Emphasis in Vocational Rehabilitation and Career Counseling.

LINDENWOOD COLLEGE:  (1) Principles of Business Valuation, (2) Business Valuation Theory and Methodology, (3) Business Valuation: Selected Advanced Topics.

## PUBLICATIONS AND INVITED PRESENTATIONS

"Economic Issues For Vocational Experts To Consider in Vocational Analysis," presented to the California Association of Rehabilitation and Re-Employment Professionals, Oakland, November 2002.

"Estimating Economic Loss To Injured Self Employed Workers," presented to the American Rehabilitation Economics Associations (AREA), Reno, May 1998.

"Methodologies to Improve Economic and Vocational Analysis in Personal Injury Litigation," with Thomas Yankowski, M.S., C.V.E., Litigation Economics Digest, National Association of Forensic Economics, Missouri.  Volume II, Issue No. 2, Summer 1997.  Also published in Vocational Evaluation and Work Adjustment Journal, The Professional Journal of The Vocational Evaluation and Work Adjustment Association, Volume 31, No. ¾, Fall/Winter 1998.

"Vocational Evaluation and Economic Analysis in Personal Injury and Wrongful Termination Cases," with Thomas Yankowski, M.S., C.V.E., presented to the National Association of Rehabilitation Professional in the Private Sector; San Francisco, April 1995.

"The Economics of Employment Discharge and Your Case," with Jerald H. Udinsky, Ph.D., A.S.A., The Lawyer's Brief, Business Laws, Inc., Ohio.  Volume 20, Issue No. 5, March 15, 1990.

"Estimation of Future Medical and Rehabilitation Care Costs: Issues and Questions for The Attention of Rehabilitation Professionals," presented to the Registered Nurses Professionals Association, Santa Clara Valley Medical Center, January 1990.

## LICENSES, CERTIFICATIONS AND ASSOCIATIONS

Certified Earnings Analyst, American Rehabilitation Economics Association.
American Society of Appraisers, Business Valuation.
California State Licensed Life Insurance Agent.
American Economics Association.
California Association of Rehabilitation and Re-Employment Professionals.
Western Economic Association.
National Association of Forensic Economics.

# PACIFIC ECONOMIC CONSULTANTS, INC.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

## RATE SCHEDULE

### Effective 2/1/06

$260 per hour for review, consultation, analysis and travel

$495 per hour, one-hour minimum, for deposition and trial testimony

SOUTHERN CALIFORNIA OFFICE
5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064

14

**Pacific Economic Consultants, Inc.**

**MARK COHEN**

**LIST OF TESTIMONIES**

| Date | Name | Memo |
|------|------|------|
| 2001 | Garcia v. Neal | Deposition testimony. |
| 2001 | Dodson v. Timbercove | Deposition testimony. |
| 2001 | Romero v. Kaiser | Arbitration testimony. |
| 2001 | McMarrow v. Kaiser | Trial testimony. |
| 2001 | Norris v. Stein | Trial testimony. |
| 2001 | Munroe v. Matson Navigation Company | Deposition testimony. |
| 2001 | Gardner v. Paramount Parks, Inc. | Deposition testimony. |
| 2001 | Chang v. TSM Insurance | Deposition testimony. |
| 2001 | Lacey v. Northbay Health Care Services | Trial testimony. |
| 2001 | Baritot v. Bowers | Deposition testimony. |
| 2001 | Heffelfinger v. Central Concrete Su | Deposition testimony. |
| 2001 | Misita v. Novotny | Trial testimony. |
| 2001 | Beasley v. EBMUD | Deposition testimony. |
| 2001 | Sancimino v. Dolen | Deposition testimony. |
| 2001 | Johnson, Ronald, Jr. v. Kaiser | Arbitration testimony. |
| 2001 | Reinheimer v. Wagner | Deposition testimony. |
| 2001 | Torres v. Standard Pacific | Deposition testimony. |
| 2001 | Hackett v. Home Depot | Deposition testimony. |
| 2001 | Family Enterprise & Swartz v Bescal | Deposition testimony. |
| 2001 | Shipley v. Misle | Trial testimony. |
| 2001 | Burbank v. Transerve, et al | Deposition testimony. |
| 2001 | Sanders v. Gladen, M.D. | Deposition testimony. |
| 2001 | Forbes v. United Airlines | Deposition testimony. |
| 2001 | Peterson v. Shapell | Deposition testimony. |
| 2001 | Riebe v. Pankow | Deposition testimony. |
| 2001 | Pait v. Memorial Hospital, et al | Deposition testimony. |
| 2001 | Carter v. Walgreens | Deposition testimony. |
| 2001 | Martinez v. Bovis Lend Lease | Deposition testimony. |
| 2001 | Forbes v. United Airlines | Trial testimony. |
| 2001 | Riebe v. Pankow | Trial testimony. |
| 2001 | Donnellan v. DEB Construction | Trial testimony. |
| 2001 | Glen Holly Entertainment v. Tektronix | Deposition testimony. |
| 2001 | Adams v. Calif. Pacific Medical Center | Trial testimony. |
| 2001 | Puryear v. Marls | Deposition testimony. |
| 2001 | Booker v. Bay Area Contract Trans. | Deposition testimony. |
| 2001 | Van Alstine v. Bay Valley Medical | Deposition testimony. |
| 2001 | Rickabaugh v. Encho | Trial testimony. |
| 2001 | Beverlin v. State of California | Deposition testimony. |
| 2001 | Serrano v. Ryan Associates | Deposition testimony. |
| 2001 | McLean v. Ward Machinery | Deposition testimony. |
| 2001 | Booker v. Bay Area Contract Transportatio | Trial testimony. |
| 2001 | Pratt v. Ramirez | Deposition testimony. |
| 2001 | Kamber v. Allied Group Insurance | Deposition testimony. |
| 2001 | Serrano v. Ryan Associates | Trial testimony. |
| 2001 | Lopez v. Shows | Deposition testimony. |
| 2001 | Sepulveda v. ESCO Transportation, et al | Trial testimony. |
| 2001 | Puryear v. Marls | Trial testimony. |
| 2001 | Aderholt v. Dauphinais, et al | Deposition testimony. |
| 2001 | Hill v. Henley & Co. | Deposition testimony. |
| 2001 | Skelton v. Brazinsky, M.D./#46151 | Trial testimony. |

Case 3:04-cv-03360-SI   Document 100   MARK COHEN   Filed 09/05/06   Page 16 of 29

## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2001 | Giuliano v. Nuddleman | Deposition testimony. |
| 2001 | Williams v. United Airlines | Deposition testimony. |
| 2001 | Bradford v. Mariner's Center LP | Deposition testimony. |
| 2001 | Kamber v. Allied Group Insurance | Trial testimony. |
| 2001 | Titsworth v. Good Samaritan Hospita | Deposition testimony. |
| 2001 | Ayala v. Avalon Bay Communities, In | Deposition testimony. |
| 2001 | Furhman v. Kaiser | Trial testimony. |
| 2001 | Bates v. Keirsey | Deposition testimony. |
| 2001 | Murphy v. McGinnis | Deposition testimony. |
| 2001 | Stromer v. Heilman & Service Craft | Deposition testimony. |
| 2001 | Shriver v. Bry | Deposition testimony. |
| 2001 | Loftis v. Chau | Trial testimony. |
| 2001 | Bates v. Keirsey | Deposition testimony. |
| 2001 | Bates v. Keirsey | Trial testimony. |
| 2001 | El-Mobdy v. Matson Navigation | Deposition testimony. |
| 2001 | Melone v. Puza | Deposition testimony. |
| 2002 | Statucki v. Krane-Pro | Deposition testimony. |
| 2002 | Battram v. JJ Rebar Corp. | Deposition testimony. |
| 2002 | Jaso v. Kaiser | Deposition testimony. |
| 2002 | Beavers v. Rittenhouse | Deposition testimony. |
| 2002 | Lefebvre v. Banker | Deposition testimony. |
| 2002 | Beverlin v. State of California | Trial testimony. |
| 2002 | Peterson v. Case | Deposition testimony. |
| 2002 | Godman v. Placer Union High School | Deposition testimony. |
| 2002 | Landers v. Salas | Deposition testimony. |
| 2002 | Martinez v. Gores | Deposition testimony. |
| 2002 | Giuliano v. Nuddleman | Trial testimony. |
| 2002 | Edgell v. ASM | Trial testimony. |
| 2002 | McElaney v. Raging Waters | Deposition testimony. |
| 2002 | Heath v. AW Construction, et al | Deposition testimony. |
| 2002 | Corey v. Targ, et al | Deposition testimony. |
| 2002 | Greenwell v. Kaplan M.D., et al | Deposition testimony. |
| 2002 | Heath v. AW Construction, et al | Trial testimony. |
| 2002 | Murphy v. McGinnis | Trial testimony. |
| 2002 | Cain v. Kellar, et al | Deposition testimony. |
| 2002 | Bryant v. Willard | Trial testimony. |
| 2002 | Gregory v. United Airlines | Deposition testimony. |
| 2002 | Rustico v. SKS Investments, et al | Deposition testimony. |
| 2002 | Castillo v. Weiss Sheet Metal | Deposition testimony. |
| 2002 | Cheung v. Corporate Interior Soluti | Deposition testimony. |
| 2002 | Lovett v. CCSF | Trial testimony. |
| 2002 | Romo & Ruiz v. Black Diamond Asphal | Deposition testimony. |
| 2002 | Dapru, Inc. v. New Boston Select Gr | Deposition testimony. |
| 2002 | Kisi v. Enterprise Rent-A-Car, et a | Deposition testimony. |
| 2002 | Castillo v. Weiss Sheet Metal | Trial testimony. |
| 2002 | Bertram v. Merritt Behavioral Care, et al | Trial testimony. |
| 2002 | Dapru, Inc. v. New Boston Select Group | Trial testimony. |
| 2002 | Diehl v. Plummer, et al | Deposition testimony. |
| 2002 | Pack v. Kaiser | Deposition testimony. |
| 2002 | Diehl v. Plummer, et al | Trial testimony. |
| 2002 | Samra v. Sorenson's Ranch School | Deposition testimony. |

16

# MARK COHEN
## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2002 | McCoy v. Bank of America | Deposition testimony. |
| 2002 | Miller v. United Airlines | Deposition testimony. |
| 2002 | Gregory v. United Airlines | Trial testimony. |
| 2002 | Kisi v. Enterprise Rent-A-Car, et al | Trial testimony. |
| 2002 | Greenwell v. Kaplan M.D., et al | Trial testimony. |
| 2002 | McCleskey v. Wingate, et al | Deposition testimony. |
| 2002 | Leyvas v. Washington Township Hospi | Deposition testimony. |
| 2002 | O'Neill v. Steiner's Tavern | Deposition testimony. |
| 2002 | Holm v. Mervyn's, et al | Deposition testimony. |
| 2002 | Ghattas v. Rothenberg | Deposition testimony. |
| 2002 | Corbin v. Fremont Hospital | Trial testimony. |
| 2002 | Rivers v. Scolari | Deposition testimony. |
| 2002 | Steele v. Pacific Bell | Deposition testimony. |
| 2002 | Ward v. Younger | Deposition testimony. |
| 2003 | Horan v. Beverage Distributors, Inc | Deposition testimony. |
| 2003 | Burton v. Fireman's Fund | Deposition testimony. |
| 2003 | Gaines v. Lockheed Martin | Deposition testimony. |
| 2003 | Shimogaki v. Tangpraphaphorn, et al | Deposition testimony. |
| 2003 | Lu v. Kaiser | Deposition testimony. |
| 2003 | Birch v. IFS | Deposition testimony. |
| 2003 | Quan v. CPMC | Deposition testimony. |
| 2003 | Chen v. Sheinberg | Deposition testimony. |
| 2003 | Larsen v. Field, et al | Deposition testimony. |
| 2003 | Avdalas v. Werner Co. | Deposition testimony. |
| 2003 | Brown v. Burke | Deposition testimony. |
| 2003 | Meza v. Short | Deposition testimony. |
| 2003 | Williams v. County of Alameda, et a | Deposition testimony. |
| 2003 | Larsen v. Matson Navigation | Deposition testimony. |
| 2003 | Woodall v. Jones | Deposition testimony. |
| 2003 | Shropshire v. City of Walnut Creek | Deposition testimony. |
| 2003 | Steinmetz v. Lacy | Deposition testimony. |
| 2003 | Gibson Tile | Deposition testimony. |
| 2003 | Stueckle v. Mercy Medical Center | Deposition testimony. |
| 2003 | Current/Low/Ramos v. S. Bay Constru | Deposition testimony. |
| 2003 | Hinajon v. WMAS | Deposition testimony. |
| 2003 | May v. Evershine Group | Trial testimony. |
| 2003 | Walsh v. BFI, et al | Trial testimony. |
| 2003 | Miller v. Stanley-Bostitch | Deposition testimony. |
| 2003 | Leyvas v. Washington Township Hospital | Trial testimony. |
| 2003 | Ursua v. Biagi Bros. Trucking, et a | Deposition testimony. |
| 2003 | Vaziri v. City of St. Helena, et al | Deposition testimony. |
| 2003 | Douglas v. State of California | Deposition testimony. |
| 2003 | Reynolds v. Rodriguez | Deposition testimony. |
| 2003 | Ursua v. Biagi Bros. Trucking, et al | Trial testimony. |
| 2003 | Brione-Archer v. AAA Insurance | Arbitration testimony. |
| 2003 | McIntyre v. Kaiser | Deposition testimony. |
| 2003 | Yaser v. Shell Oil | Trial testimony. |
| 2003 | Shropshire v. City of Walnut Creek | Trial testimony. |
| 2003 | Turner & Dougherty v. USS-Posco Ind | Deposition testimony. |
| 2003 | Krahn v. Santa Rosa Memorial Hospit | Deposition testimony. |
| 2003 | Miller v. Challinor | Deposition testimony. |

Page 3 of 7

Pacific Economic Consultants, Inc.
**MARK COHEN**

## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2003 | Royal Oak v. Howell | Deposition testimony. |
| 2003 | Yarrell v. City of Livermore | Trial testimony. |
| 2003 | Bartlett v. Travelers Insurance Co. | Deposition testimony. |
| 2003 | Scully v. Japanese Senior Citizens, | Deposition testimony. |
| 2003 | Brown v. Burke | Trial testimony. |
| 2003 | Ronan v. Stompro, M.D. | Deposition testimony. |
| 2003 | Brown v. Vallejo Transport | Deposition testimony. |
| 2003 | Larsen v. Matson Navigation | Trial testimony. |
| 2003 | Brown v. Vallejo Transport | Deposition testimony. |
| 2003 | Moreno v. Pham, et al | Deposition testimony. |
| 2003 | Conway v. Pacific, et al | Deposition testimony. |
| 2003 | Bourgeau v. Peterson Builders | Trial testimony. |
| 2003 | Clark v. Doctor's Medical Center | Deposition testimony. |
| 2003 | Apodaca v. Wilshire Paint Co. | Deposition testimony. |
| 2003 | Fernandez v. Ross Island Sand & Gra | Deposition testimony. |
| 2003 | McCoy v. Bank of America | Trial testimony. |
| 2003 | Royal Oak v. Howell | Trial testimony. |
| 2003 | Bressler v. Valley Petroleum, Inc. | Deposition testimony. |
| 2003 | St. Paul v. Howard Industry | Deposition testimony. |
| 2003 | Chastain v. Napa Sanitation | Deposition testimony. |
| 2003 | Siemen v. PG&E | Deposition testimony. |
| 2003 | Paullin v. Kaiser | Deposition testimony. |
| 2003 | Hobbs v. URS Corp., et al | Deposition testimony. |
| 2003 | Goble v. Kaiser | Deposition testimony. |
| 2003 | Fuentes v. TWE Enterprises | Deposition testimony. |
| 2003 | Johnson v. Moore | Deposition testimony. |
| 2003 | Sartain v. Allied Engineering, et a | Deposition testimony. |
| 2003 | MacDonald, Jason v. Eden Medical Ce | Deposition testimony. |
| 2003 | Hung v. Mazda | Deposition testimony. |
| 2003 | Bressler v. Valley Petroleum, Inc. | Trial testimony. |
| 2003 | Paullin v. Kaiser | Arbitration testimony. |
| 2003 | Amendola v. Petersen | Deposition testimony. |
| 2003 | Sac. Radiology v. Comprehensive Med | Deposition testimony. |
| 2003 | Chastain v. Napa Sanitation | Trial testimony. |
| 2003 | Fonseca v. Kaiser | Arbitration testimony. |
| 2003 | Linam v. Chavez | Deposition testimony. |
| 2003 | Torgerson v. MJC Trucking, et al | Deposition testimony. |
| 2003 | Ray v. Goodman | Deposition testimony. |
| 2003 | Giglio v. Seacore Marine, Inc. | Deposition testimony. |
| 2003 | Halloran v. Pilkington North America | Trial testimony. |
| 2003 | Costa v. Wong, et al | Trial testimony. |
| 2003 | Vang v. Ellis, et al | Deposition testimony. |
| 2003 | Vargas v. Ashras | Trial testimony. |
| 2003 | DeLaRosa v. Kaiser | Deposition testimony. |
| 2003 | Hobbs v. URS Corp., et al | Trial testimony. |
| 2003 | Hillman v. James Roberts-Obayashi, | Deposition testimony. |
| 2003 | Prince v. Kaiser | Deposition testimony. |
| 2004 | DeLaRosa v. Kaiser | Arbitration testimony. |
| 2004 | Ketzenberg v. Farmers Insurance | Arbitration testimony. |
| 2004 | Green v. Office Max | Deposition testimony. |
| 2004 | Medina v. Methodist Hospital | Deposition testimony. |

## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2004 | Prince v. Kaiser | Arbitration testimony. |
| 2004 | Jessup v. Lukas | Trial testimony. |
| 2004 | Vallejo Comm. Svc. Ctr. v City of V | Deposition testimony. |
| 2004 | Munhollon v. Wolfer | Deposition testimony. |
| 2004 | Wilson v. Sanitary Fill Co. | Deposition testimony. |
| 2004 | Ballentine v. Villa, Darquea | Deposition testimony. |
| 2004 | Pisinski v. Katznelson, M.D. | Deposition testimony. |
| 2004 | Lovell v. Konklin | Trial testimony. |
| 2004 | Vang v. Ellis, et al | Arbitration testimony. |
| 2004 | Stahl v. Deeble | Deposition testimony. |
| 2004 | Halloran v. Pilkington North America | Trial testimony. |
| 2004 | Evans v. Zwerling, M.D. | Deposition testimony. |
| 2004 | Bozmarov v. Kaiser | Deposition testimony. |
| 2004 | Glass v. California Autism Foundati | Deposition testimony. |
| 2004 | Mohamed v. ASM | Deposition testimony. |
| 2004 | Halloran v. Pilkington North Americ | Deposition testimony. |
| 2004 | Bozmarov v. Kaiser | Arbitration testimony. |
| 2004 | Lorenzo v. Turlock Irrigation Distr | Deposition testimony. |
| 2004 | Jimenez v. Engineered Construction | Deposition testimony. |
| 2004 | Wuestewald v. Foss Maritime, et al | Deposition testimony. |
| 2004 | Mullin-Rice v. U.S. | Deposition testimony. |
| 2004 | Mwaniki v. E-Bay | Trial testimony. |
| 2004 | Mendez v. Lee, et al | Deposition testimony. |
| 2004 | Mwaniki v. E-Bay | Deposition testimony. |
| 2004 | Veenstra v. G.E. Financial Holdings, Inc. | Trial testimony. |
| 2004 | Tuell v. Dainer | Deposition testimony. |
| 2004 | Marx v. Storage Technology Corp. | Deposition testimony. |
| 2004 | Roberts, Lonnie v. Kaiser | Arbitration testimony. |
| 2004 | Carias & Moriarty v. Pugliese Inter | Deposition testimony. |
| 2004 | Hayes, Juanita v. Kaiser | Deposition testimony. |
| 2004 | Marini Skin Research v. Allure Cosm | Deposition testimony. |
| 2004 | Osborne v. Wanetick | Deposition testimony. |
| 2004 | Bishop v. Kaiser | Arbitration testimony. |
| 2004 | Marini Skin Research v. Allure Cosmetic | Trial testimony. |
| 2004 | Warnock v. Lakireddy | Trial testimony. |
| 2004 | Patchett v. Adcon Builders, et al | Deposition testimony. |
| 2004 | Pierce v. Mallick | Deposition testimony. |
| 2004 | Marks v. Stoll, Nussbaum & Polakov | Deposition testimony. |
| 2004 | Salamanca v. CF&T Available Concret | Deposition testimony. |
| 2004 | Slone v. Kaiser | Arbitration testimony. |
| 2004 | Stanley v. Bodner, M.D. | Trial testimony. |
| 2004 | Peake v. Chevron | Trial testimony. |
| 2004 | Gochman v. Childress | Deposition testimony. |
| 2004 | Lowry v. Kaiser | Deposition testimony. |
| 2004 | Douglas v. State of California | Deposition testimony. |
| 2004 | Bily v. Alameda County Medical Ctr. | Deposition testimony. |
| 2004 | Latham v. Nelson, et al | Deposition testimony. |
| 2004 | Wuestewald v. Foss Maritime, et al | Trial testimony. |
| 2004 | Marx v. Storage Technology Corp. | Trial testimony. |
| 2004 | Salamanca v. CF&T Available Concrete | Trial testimony. |
| 2004 | San Martin v. Antioch Schools Feder | Deposition testimony. |

**MARK COHEN**

LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2004 | Novell v. Unicom | Deposition testimony. |
| 2004 | Gin v. Kaiser | Deposition testimony. |
| 2004 | Cruz v. City of Tracy, et al | Deposition testimony. |
| 2004 | Osborne v. Wanetick | Trial testimony. |
| 2004 | Vidovcich, Estate of | Deposition testimony. |
| 2004 | Pena v. CF&T & Available Concrete P | Deposition testimony. |
| 2004 | Sahbari v. Silicon Valley Chemlabs, | Deposition testimony. |
| 2004 | Azari v. Kaiser | Deposition testimony. |
| 2004 | Traveler's Ins. v. AAA Fire Protect | Deposition testimony. |
| 2004 | Green, Jenna v. Kaiser | Deposition testimony. |
| 2004 | Perry, Jason v. Brock | Deposition testimony. |
| 2004 | Fowkes v. Foster | Deposition testimony. |
| 2004 | Man v. Northstar-at-Tahoe | Deposition testimony. |
| 2004 | Horihan v. Ramirez, et al | Deposition testimony. |
| 2004 | Cruce v. Massola Brothers | Deposition testimony. |
| 2004 | Long v. Allergan | Arbitration testimony. |
| 2004 | Sahbari v. Silicon Valley Chemlabs, Inc. | Trial testimony. |
| 2004 | Ray v. Goodman | Trial testimony. |
| 2004 | Ainlay v. Vreeland | Deposition testimony. |
| 2004 | Reed v. Marvin Windows, et al | Deposition testimony. |
| 2004 | Alpert v. Hunt | Deposition testimony. |
| 2004 | Fowkes v. Foster | Trial testimony. |
| 2004 | Pena v. CF&T & Available Concrete Pumping | Trial testimony. |
| 2004 | Azari v. Kaiser | Arbitration testimony. |
| 2004 | Benediktsson v. Nichitean | Deposition testimony. |
| 2004 | Del Monte v. Shepard Brothers | Deposition testimony. |
| 2004 | Ness v. Alexander & Baldwin, Inc. | Trial testimony. |
| 2004 | Glen Holly Entertainment v. Tektron | Deposition testimony. |
| 2004 | Cruce v. Massola Brothers | Trial testimony. |
| 2004 | Hatch v. Bionx | Trial testimony. |
| 2004 | Hernandez v. Degroot & Sons | Deposition testimony. |
| 2004 | Miller, George v. Vicorp Restaurants | Deposition testimony. |
| 2005 | Khazin v. CCSF | Deposition testimony. |
| 2005 | McCaw v. Taylor | Deposition testimony. |
| 2005 | Meyer v. Searidge Construction | Deposition testimony. |
| 2005 | Pierce v. Mallick | Trial testimony. |
| 2005 | Williams v. Romanowski | Deposition testimony. |
| 2005 | Ainlay v. Vreeland | Trial testimony. |
| 2005 | Astor v. Rent-A-Center, Inc. | Deposition testimony. |
| 2005 | Karr v. Los Gatos Motor Inn | Trial testimony. |
| 2005 | Pine v. USF Bestways | Deposition testimony. |
| 2005 | Benediktsson v. Nichitean | Trial testimony. |
| 2005 | Del Monte v. Shepard Brothers | Trial testimony. |
| 2005 | Chen v. Sheinberg | Trial testimony. |
| 2005 | Hernandez v. Degroot & Sons | Trial testimony. |
| 2005 | Lewis, George v. U.S., USNS Yano | Deposition testimony. |
| 2005 | Wilson v. Ahern | Deposition testimony. |
| 2005 | Higgins v. Hensel Phelps Construction | Deposition testimony. |
| 2005 | Sarkis v. Sarkis | Deposition testimony. |
| 2005 | Sarkis v. Sarkis | Trial testimony. |
| 2005 | Dungca v. ASM | Deposition testimony. |

## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2005 | Lewis, George v. U.S., USNS Yano | Trial testimony. |
| 2005 | Greene v. Moore Material Handling | Deposition testimony. |
| 2005 | Hughes v. City of Stockton | Trial testimony. |
| 2005 | Vallance v. TRL, Inc. | Deposition testimony. |
| 2005 | Reed v. New Century Mortgage | Deposition testimony. |
| 2005 | Tsuji v. Steward | Deposition testimony. |
| 2005 | Godman v. Placer Union High School | Trial testimony. |
| 2005 | Shields v. Granite Construction | Trial testimony. |
| 2005 | Nickola v. BNSF Railway Company | Deposition testimony. |
| 2005 | Reyes v. ABAG | Deposition testimony. |
| 2005 | Reyes v. ABAG | Trial testimony. |
| 2005 | Iqbal/Modica v. Riddle | Deposition testimony. |
| 2005 | Iqbal/Modica v. Riddle | Trial testimony. |
| 2005 | Wheat v. Butte County | Deposition testimony. |
| 2005 | Wheat v. Butte County | Trial testimony. |
| 2005 | Chritton v. Jack in the Box | Deposition testimony. |
| 2005 | Shanburn v. Peacehealth | Deposition testimony. |
| 2005 | Thomas v. Bennett | Deposition testimony. |
| 2005 | Buonocore v. Castro | Deposition testimony. |
| 2005 | Determan v. Herzig | Deposition testimony. |
| 2005 | Determan v. Herzig | Trial testimony. |
| 2005 | Glenn v. Central Pacific Sprinkler | Trial testimony. |
| 2005 | Braddock & Logan v. Silverwood Development | Deposition testimony. |
| 2005 | Williams v. Germann | Deposition testimony. |
| 2006 | Sheridan v. Lowe's | Deposition testimony. |
| 2006 | Blackman v. State Farm | Deposition testimony. |
| 2006 | Morgan v. Klute | Deposition testimony. |
| 2006 | Morgan v. Klute | Arbitration testimony. |
| 2006 | O.I.S. v. Fukuhara | Deposition testimony. |
| 2006 | Dake v. Larrance | Deposition testimony. |
| 2006 | Rockenbach v. Peacehealth | Deposition testimony. |
| 2006 | Braddock & Logan v. Silverwood Development | Arbitration testimony. |
| 2006 | Pavelka v. Grollmus | Deposition testimony. |
| 2006 | Buonocore v. Castro | Trial testimony. |
| 2006 | Morsey v. Islamic Society of S.F. | Trial testimony. |
| 2006 | Kenney v. Pribuss Engineering | Deposition testimony. |
| 2006 | Kenney v. Pribuss Engineering | Trial testimony. |
| 2006 | Leskody v. Waldrep | Trial testimony. |
| 2006 | Viking Construction v. Nor-Cal Ready Mix | Deposition testimony. |
| 2006 | Pine v. USF Bestways | Trial testimony. |
| 2006 | Bank of America v. Guzy | Deposition testimony. |
| 2006 | Bank of America v. Guzy | Arbitration testimony. |
| 2006 | Madden v. Anderson | Trial testimony. |
| 2006 | Glenn v. Central Pacific Sprinkler | Trial testimony. |

21

# P A C I F I C   E C O N O M I C   C O N S U L T A N T S ,   I N C.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

July 27, 2006

R. Scott Erlewine
Phillips, Erlewine & Given LLP
One Embarcadero Center, 23rd Floor
San Francisco, California 94111

Re:  **Hardeman v. National Railroad Passenger Corp.**

Dear Mr. Erlewine:

You have asked me to prepare a supplemental report in response to the work product and testimony of Richard Palfin and Melvin Fredlund.

In supplement to my prior report, I reviewed,

1. Deposition Transcript of Richard Palfin;
2. June 28, 2006 Report of Richard Palfin;
3. May 15, 2006 Report of Melvin Fredlund;
4. Deposition Transcript of Melvin Fredlund.

In supplement to my prior report, I accessed Bureau of Labor Statistics data regarding the earnings of real estate sales professionals, Bureau of Labor Statistics data on expected job search time, Drake Beam Morin data regarding expected job search time, and Challenger, Gray & Christmas data regarding expected job search time. I additionally have contacted Nancy Campani at Union Pacific, Jacqueline Gomez at Burlington Northern Santa Fe, and Rick Peterson at the Federal Railroad Administration regarding railroad employment opportunities post termination for someone in Mr. Hardeman's position.

As I indicated in my prior report, Dr. Palfin could have investigated Mr. Hardeman's earning potential with another railroad/transportation employer if Dr. Palfin did not believe that Mr. Hardeman will be successful in earning income in real estate at a level equal to that at Amtrak. After review of Dr. Palfin's deposition, I found that he made no such inquiry. I have made such an inquiry and found that Mr. Hardeman would be a competitive candidate for re-employment in the railroad industry. I have attached my analysis of economic losses assuming that Mr. Hardeman would have made an effort to mitigate his losses by seeking employment in the railroad industry.

SOUTHERN CALIFORNIA OFFICE
5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064

R. Scott Erlewine
Page 2
July 27, 2006

With regard to Dr. Palfin's comments regarding my qualifications, it should be noted that Dr. Palfin is not a finder of fact in this matter and has no objective standing to indicate whether I am qualified to act as an economic expert. My experience in qualifying as an economic expert in more than 100 trials alone should provide a history as to the Court's evaluation of my credentials. My training in economics, business, finance, vocational rehabilitation, career counseling, as well as my two master's degrees, have provided me with more classroom training in subject matters relevant to this case than a typical Ph.D. in economics.

With respect to Dr. Fredlund's analysis, he is critical of Mr. Dunning for not using a random sample to determine expected earnings for Mr. Hardeman in the real estate industry. Dr. Fredlund goes on to indicate earning rates for real estate brokers based on data that he appears to indicate is based on a random sample. I have several comments with respect to his analysis and testimony.

First, Dr. Fredlund assumes that a random sample should be used in calculation of earnings as a real estate broker. Such an assumption is not justified in Dr. Fredlund's report. The task at hand is to evaluate Mr. Hardeman's economic loss, not an unknown person living in an unknown U.S. town. Mr. Dunning has provided an assessment of the earnings potential for Mr. Hardeman, not a random person. Mr. Dunning, in the body of his report indicates that he used a "representative" sample of individuals to indicate his opinions of Mr. Hardeman's expected earnings. I agree that a representative sample is an appropriate standard for evaluating Mr. Hardeman's expected earnings.

Second, Dr. Fredlund indicates that the median earnings for real estate brokers in 2004 was $58,720. This figure, however, is based on nationwide statistics. Mr. Hardeman lives in California. People in California tend to earn more than those on average nationwide. The same study by the Bureau of Labor Statistics indicates that the mean earnings for real estate brokers in California, in 2004 was $121,830. Such a measure is similar to Mr. Dunning's indicated rate for 2004 of $135,619 as reported by Dr. Fredlund.

**Closing:**

Please note that the attached report is preliminary. As additional information becomes available, I may augment or change my opinions.

R. Scott Erlewine
Page 3
July 27, 2006


If you have any questions, please do not hesitate to call me.

Sincerely,

Mark Cohen
Chief Economist


Enclosures

# P A C I F I C  E C O N O M I C  C O N S U L T A N T S,  I N C.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

**ECONOMIC LOSS REPORT**

<u>Hardeman v. National Railroad Passenger Corp.</u>

Major Assumption:

Return to Work in Railroad Industry

July 27, 2006

SOUTHERN CALIFORNIA OFFICE
5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064

## Table 1

### Summary of Economic Loss

| | |
|---|---|
| Lost Earning Capacity, Table 3: | $     261,648 |
| Mitigation Earning Capacity, Table 4: | $    (183,992) |
| **Total Economic Loss:** | **$      77,656** |

## Table 2

**Actuarial Data**

| | | |
|---|---|---|
| Date of Birth: | 8/9/1955 | |
| Date of Loss: | 5/30/2003 | |
| Date of Valuation: | 10/2/2006 | |
| Age at Date of Loss: | 47.81 | years |
| Time Elapsed Between Date of Loss and Valuation: | 3.34 | years |
| Age at Date of Valuation: | 51.15 | years |

## Table 3

### Lost Earning Capacity

| Dates (1) | | | Period | Annual Earnings (2) | | Period Loss | |
|---|---|---|---|---|---|---|---|
| 5/31/2003 | - | 6/30/2003 | 0.08 | $ | 65,966 | $ | 5,277 |
| 7/1/2003 | - | 12/31/2003 | 0.50 | $ | 66,353 | $ | 33,177 |
| 1/1/2004 | - | 6/30/2004 | 0.50 | $ | 66,426 | $ | 33,213 |
| 7/1/2004 | - | 12/31/2004 | 0.50 | $ | 66,644 | $ | 33,322 |
| 1/1/2005 | - | 6/30/2005 | 0.50 | $ | 66,935 | $ | 33,468 |
| 7/1/2005 | - | 12/31/2005 | 0.50 | $ | 67,298 | $ | 33,649 |
| 1/1/2006 | - | 8/30/2006 | 0.66 | $ | 68,049 | $ | 44,912 |

Subtotal, Lost Earnings:  $ 217,018

Plus, Employer Funded Benefits (3):  $ 44,630

**Lost Earning Capacity:**  **$ 261,648**

---

1 - Loss ends 8/30/06, the day before Mitigation Earning Capacity meets and exceeds Lost Earning Capacity.  See also Table 4, "Mitigation Earning Capacity."

2 - Based on year to date earnings at termination in 2003, excluding vacation payout, of $26,386.  Annual Earnings were adjusted based on changes that occurred in the hourly wage rate for Mr. Hardeman's position.  Source: Amtrak wage rate data, bates stamp AMTRAK 02691.

3 - Includes employer Tier II contributions up to the maximum earnings base for each year, and Tier I contributions at 7.65% of pay.

Table 4

**Mitigation Earning Capacity**

| Dates (1) | | Period | Annual Mitigation Earning Capacity (2) | Period Mitigation Earning Capacity |
|---|---|---|---|---|
| 5/31/2003 - 8/30/2003 | | 0.25 | Job Search Period | |
| 8/31/2003 - 8/30/2004 | | 1.00 | $ 42,385 | $ 42,385 |
| 8/31/2004 - 8/30/2005 | | 1.00 | $ 50,619 | $ 50,619 |
| 8/31/2005 - 8/30/2006 | | 1.00 | $ 59,624 | $ 59,624 |
| 8/31/2006 - 10/2/2006 | | 0.09 | $ 69,107 | N/A |
| Subtotal, Mitigation Earnings: | | | | $ 152,628 |
| Plus, Employer Funded Benefits (3): | | | | $ 31,364 |
| **Mitigation Earning Capacity:** | | | | **$ 183,992** |

1 - A job search period of 13.11 weeks was calculated based on an average of the following: (1) August, 2003 Bureau of Labor Statistics' median period of unemployment for males 45 to 54 of 13 weeks; (2) August, 2003 Bureau of Labor Statistics' median period of unemployment for black males of 13.1 weeks; (3) August, 2003 Bureau of Labor Statistics' median period of unemployment for transportation and material moving occupations of 11.3 weeks; (4) average job search time in the Pacific region of 3.1 months as indicated by Drake Beam Morin (DBM); (5) median length of job search in the 2nd quarter, 2003 of 3.4 months as indicated by Challenger, Gray & Christmas, Inc. Calculation ends 8/30/2006, the day before Annual Mitigation Earning Capacity meets or exceeds Annual Lost Earning Capacity. See also Table 3, "Lost Earning Capacity."

2 - Based on annual earnings in 2006 dollars of $45,833 to start, increasing to a mature rate of $71,667 after 3.33 years of employment. Source: railroad industry telephone contacts. Earnings were adjusted to 2003 - 2005 based on changes in the average weekly earnings for production and non-supervisory workers, per the Bureau of Labor Statistics.

3 - Includes employer Tier II contributions up to the maximum earnings base for each year, and Tier I contributions at 7.65% of pay.