R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C. FAHEEM R. HARDEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AMTRAK/CALTRAIN RAILROAD,<br><br>    Defendants. | CASE NO. C 04-3360 SI<br><br>**[PROPOSED] ORDER PERMITTING DEFENDANT TO BRING AUDIO-VISUAL EQUIPMENT INTO COURTROOM**<br><br>Trial: March 12, 2007<br>Courtroom 10, 19th Floor |

On Thursday, March 8, 2007, a representative from Phillips, Erlewine & Given, LLP, Counsel for Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, shall be allowed to bring the following audio-visual equipment into Courtroom 10 on the 19th floor: one television monitor, one DVD player, one overhead projector and one projection screen.

IT IS SO ORDERED.

DATED: _____
HON. SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER RE AUDIO VISUAL EQUIPMENT - C 04-3360 SI
S:\Clients\AMTRAK\8204.8 (Hardeman)\pld\TRIAL\mmb-proposed-order-AV-equip-030507.wpd