R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FAHEEM R. HARDEMAN,<br><br>   Plaintiff,<br><br>v.<br><br>AMTRAK/CALTRAIN RAILROAD,<br><br>   Defendants. | CASE NO. C 04-3360 SI<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff C. Faheem R. Hardeman and Defendant National Railroad Passenger Corp. d/b/a Amtrak have now settled this action and request, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this court enter an order dismissing this action in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: March 15, 2007            PHILLIPS, ERLEWINE & GIVEN LLP

                                 By: _____
                                     R. SCOTT ERLEWINE
                                 Attorneys for Defendant NATIONAL RAILROAD
                                 PASSENGER CORPORATION d/b/a AMTRAK

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

DEFENDANT'S ENE STATEMENT- C 03-5276 JCS
S:\Clients\AMTRAK\8204.8 (Hardeman)\pld\rse-stipulation-dismissal-031505.wpd

|   |   |   |
|---|---|---|
| 1 | DATED: March 15, 2007 | LAW OFFICES OF PAMELA Y. PRICE |
| 2 | | By: /s/ Pamela Y. Price |
| 3 | | PAMELA Y. PRICE |
| 4 | | Attorneys for Plaintiff C/FAHEEM R. HARDEMAN |

ORDER

_____ PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007  _____
UNITED STATES DISTRICT JUDGE

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

DEFENDANT'S ENE STATEMENT- C 03-5276 JCS
S:\Clients\AMTRAK\8204.8 (Hardeman)\pld\rse-stipulation-dismissal-031505.wpd

2